**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SANDY RICARDO CHAVEZ**,
as next friend of Daniel Steven
Gonzalez

**Petitioner,**

**v.** **Case No. 3:26-cv-4519-TKW-MAF**

**SHERIFF/WARDEN OF WALTON COUNTY JAIL, et al.**

**Respondents**.
_________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to prosecute and failure to comply with court orders. Accordingly, it is

ORDERED that:

[1] The copy of the Report and Recommendation that was mailed to Petitioner's address of record was returned as undeliverable. *See* Doc. 18. That, however, does not preclude the Court from dismissing this case. Indeed, Petitioner's failure to keep the court apprised of her current address provides an additional reason to dismiss this case.

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice based on Petitioner's failure to prosecute and failure to comply with court orders.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 2nd day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**